UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| vs. | RE:<br>74 Chadbourne Ridge Road, North Waterboro, ME 04061 |
| **Gaillard R. Russum II and Mary Aubele** | Mortgage:<br>November 20, 2018<br>Book 17864, Page 167<br>York County Registry of Deeds |
| **Defendants** | |

NOW COMES the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Gaillard R. Russum II and Mary Aubele, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, in which the Defendants, Gaillard R. Russum II and Mary Aubele, are the obligor and the total amount owed under the terms of the Note is One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. This Court also has jurisdiction since the Plaintiff is the Federal Home Loan Mortgage Corporation and has the power "to sue and be sued, complain and defend, in any State, Federal, or other court" 12 U.S.C. §1452(c)(7).

4. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

5. Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1 is a Federally Chartered Corporation with its principal place of business located at 8200 Jones Branch Drive, McLean, VA 22102.

6. Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1 is a corporation founded by Congress, currently under conservatorship under the direction of the Federal Housing Agency with its principal place of business located at 8200 Jones Branch Drive, McLean, VA 22102.

7. The Defendant, Mary Aubele, is a resident of North Waterboro, County of York and State of Maine.

8. The Defendant, Gaillard R. Russum II, is a resident of North Waterboro, County of York and State of Maine.

## FACTS

9. On November 20, 2018 by virtue of a Release Deed from Gaillard R. Russum, II, which is recorded in the York County Registry of Deeds in **Book 17864, Page 165**, the property situated at 74 Chadbourne Ridge Road, City/Town of North Waterboro, County of York, and State of Maine, was conveyed to Gaillard R. Russum, II, and Mary Aubele being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

10. On November 20, 2018, Defendants, Gaillard R. Russum II and Mary Aubele, executed and delivered to LOANDEPOT.COM, LLC a certain Note under seal in the amount of $100,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

11. To secure said Note, on November 20, 2018, Defendants, Gaillard R. Russum II and Mary Aubele, executed a Mortgage Deed in favor of LOANDEPOT.COM, securing the property located at 74 Chadbourne Ridge Road, North Waterboro, ME 04061 which Mortgage Deed is recorded in the York County Registry of Deeds in **Book 17864**, **Page 167**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Mortgage Electronic Registration Systems, Inc. by virtue of an Assignment of Mortgage dated November 20, 2018, and recorded in the York County Registry of Deeds in **Book 17864**, **Page 791**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to Federal Home Loan Mortgage Corporation by virtue of an Assignment of Mortgage dated September 16, 2021, and recorded in the York County Registry of Deeds in **Book 18810**, **Page 543**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A Shellpoint Mortgage Servicing by virtue of an Assignment of Mortgage dated April 1, 2022, and recorded in the York County Registry of Deeds in **Book 18997**, **Page 66**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. On July 21, 2022, the Defendants, Gaillard R. Russum II and Mary Aubele, executed a Loan Modification Agreement which adjusted the principal amount of the Note to $113,094.94 (herein after referred to as the "Loan Modification"), which acknowledged the enforceability of both the Note and Mortgage as of that date by that holder. That enforceability remains effective as of today's date by the Plaintiff and provides the Plaintiff with standing (in addition to the chain of mortgage assignments) in this foreclosure and sale action. *See* Exhibit G (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

16. The Mortgage was then assigned to Federal Home Loan Mortgage Corporation by virtue of an Assignment of Mortgage dated April 10, 2023, and recorded in the York County Registry of Deeds in **Book 19220**, **Page 691**. *See* Exhibit H (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

17. The Mortgage was then assigned to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1 by virtue of an Assignment of Mortgage dated April 30, 2024, and recorded in the York

County Registry of Deeds in **Book 19426**, **Page 71**. *See* Exhibit I (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

18. On May 11, 2024, the Defendants, Gaillard R. Russum II and Mary Aubele, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the United States Postal Service record of delivery (herein after referred to as the "Demand Letter"). *See* Exhibit J (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

19. The Demand Letter informed the Defendants, Gaillard R. Russum II and Mary Aubele, of the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit J.

20. The Defendants, Gaillard R. Russum II and Mary Aubele, failed to cure the default prior to the expiration of the Demand Letter.

21. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

22. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

23. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

24. The total debt owed under the Note and Mortgage as of July 15, 2024, is One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $111,786.57 |
| Interest | $3,775.95 |
| Fees | $2,074.66 |
| Funds Owed by Borrower | $3,775.26 |
| Grand Total | $121,412.44 |

25. Upon information and belief, the Defendants, Gaillard R. Russum II and Mary Aubele, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

26. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, repeats and re-alleges paragraphs 1 through 25 as if fully set forth herein.

27. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 74 Chadbourne Ridge Road, North Waterboro, County of York, and State of Maine. *See* Exhibit A.

28. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is the holder of the Note referenced in Paragraph 10 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of

the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, has the right to foreclosure and sale upon the subject property.

29. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

30. The Defendants, Gaillard R. Russum II and Mary Aubele, are presently in default on said Mortgage and Note, having failed to make the monthly payment due October 1, 2023, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

31. The total debt owed under the Note and Mortgage as of July 15, 2024, is One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44) Dollars.

32. The record established through the York County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

33. By virtue of the Defendants, Gaillard R. Russum II and Mary Aubele's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

34. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Gaillard R. Russum II and Mary Aubele, on May 11, 2024, evidenced by the Certificate of Mailing. *See* Exhibit J.

35. The Defendants, Gaillard R. Russum II and Mary Aubele, are not in the Military as evidenced by the attached Exhibit K.

36. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

37. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, repeats and re-alleges paragraphs 1 through 36 as if fully set forth herein.

38. On November 20, 2018, the Defendants, Gaillard R. Russum II and Mary Aubele, executed under seal and delivered to LOANDEPOT.COM, LLC a certain Note in the amount of $100,000.00. *See* Exhibit B.

39. The Defendants, Gaillard R. Russum II and Mary Aubele, are in default for failure to properly tender the October 1, 2023, payment and all subsequent payments. *See* Exhibit J.

40. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Gaillard R. Russum II and Mary Aubele.

41. The Defendants, Gaillard R. Russum II and Mary Aubele, having failed to comply with the terms of the Note and Mortgage, are in breach of both the Note and the Mortgage.

42. The Defendants, Gaillard R. Russum II and Mary Aubele's, breach is knowing, willful, and continuing.

43. The Defendants, Gaillard R. Russum II and Mary Aubele's, breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

44. The total debt owed under the Note and Mortgage as of July 15, 2024, if no payments are made, is One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44) Dollars.

45. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

46. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

47. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, repeats and re-alleges paragraphs 1 through 46 as if fully set forth herein.

48. By executing, under seal, and delivering the Note, the Defendants, Gaillard R. Russum II and Mary Aubele, entered into a written contract with LOANDEPOT.COM, LLC, who agreed to loan the amount of $100,000.00 to the Defendants. *See* Exhibit B.

49. As part of this contract and transaction, the Defendants, Gaillard R. Russum II and Mary Aubele, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

50. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is the proper holder of the Note and successor-in-interest to LOANDEPOT.COM, LLC, and has performed its obligations under the Note and Mortgage.

51. The Defendants, Gaillard R. Russum II and Mary Aubele, breached the terms of the Note and Mortgage by failing to properly tender the October 1, 2023, payment and all subsequent payments. *See* Exhibit J.

52. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is the proper holder of the

Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Gaillard R. Russum II and Mary Aubele.

53. The Defendants, Gaillard R. Russum II and Mary Aubele, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

54. The Defendants, Gaillard R. Russum II and Mary Aubele, are indebted to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1 in the sum of One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44) Dollars, for money lent by the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, to the Defendants.

55. Defendants, Gaillard R. Russum II and Mary Aubele's, breach is knowing, willful, and continuing.

56. Defendants, Gaillard R. Russum II and Mary Aubele's, breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

57. The total debt owed under the Note and Mortgage as of July 15, 2024, if no payments are made, is One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44) Dollars.

58. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

59. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant but only seeks *in rem* judgment against the property.

### COUNT IV –UNJUST ENRICHMENT

60. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

61. LOANDEPOT.COM, LLC, predecessor-in-interest to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, loaned the Defendants, Gaillard R. Russum II and Mary Aubele, $100,000.00. *See* Exhibit B.

62. The Defendants, Gaillard R. Russum II and Mary Aubele, have failed to repay the loan obligation.

63. As a result, the Defendants, Gaillard R. Russum II and Mary Aubele, have been unjustly enriched to the detriment of the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1 as successor-in-interest to LOANDEPOT.COM, LLC by having received the aforesaid benefits and money and not repaying said benefits and money.

64. As such, the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is entitled to relief.

65. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amount due and priority of any claims by Parties-In-Interest that may appear in this matter;

c) Grant possession to the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, upon the expiration of the period of redemption;

d) Find that the Defendants, Gaillard R. Russum II and Mary Aubele, are in breach of the Note by failing to make payment due as of October 1, 2023, and all subsequent payments;

e) Find that the Defendants, Gaillard R. Russum II and Mary Aubele, are in breach of the Mortgage by failing to make payment due as of October 1, 2023, and all subsequent payments;

f) Find that the Defendants, Gaillard R. Russum II and Mary Aubele, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendants, Gaillard R. Russum II and Mary Aubele, are in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due October 1, 2023, and all subsequent payments;

h) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is entitled to enforce the terms and conditions of the Note and Mortgage;

i) Find that by virtue of the money retained by the Defendants, Gaillard R. Russum II and

Mary Aubele have been unjustly enriched at the Plaintiff's expense;

j) Find that such unjust enrichment entitles the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, to restitution;

k) Find that the Defendants, Gaillard R. Russum II and Mary Aubele, are liable to the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, for money had and received;

l) Find that the Defendants, Gaillard R. Russum II and Mary Aubele, have appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendants, Gaillard R. Russum II and Mary Aubele, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, is entitled to restitution for this benefit from the Defendants, Gaillard R. Russum II and Mary Aubele;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants, Gaillard R. Russum II and Mary Aubele, and in favor of the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1, in the amount of One Hundred Twenty-One Thousand Four Hundred Twelve and 44/100 ($121,412.44 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property);

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2023-1,
By its attorneys,

Dated: July 19, 2024

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com