UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,  Plaintiff,  v.  GAILLARD R. RUSSUM, II, et al.,  Defendants. | 2:24-cv-00261-SDN |

### ORDER

On September 23, 2024, I entered an order staying this matter while the parties engaged in mediation through the Maine Foreclosure Diversion Program pursuant to 14 M.R.S. § 6321-A(6) (2025). ECF No. 8. In accordance with that order, Plaintiff Federal Home Loan Mortgage Corporation filed status reports every forty-five days while the matter remained stayed. *See* ECF Nos. 10–14. On May 27, 2025, Plaintiff filed a motion to remove the stay, representing that the parties had completed three mediation sessions and Defendants planned to sell the property. ECF No. 15 at 1. In its motion to remove the stay, Plaintiff requested the Court refrain from entering a scheduling order before June 6, 2025, to allow Defendants time to market the property. *Id*. Accordingly, I did not enter an order removing the stay at that time, allowing the parties further time to resolve the matter on their own through a sale of the property. Thereafter, Plaintiff filed two more status reports with the Court indicating Defendant was actively attempting to sell the property. *See* ECF Nos. 16–17. On September 5, 2025, Plaintiff filed a status report indicating the property "was still listed" and "not under contract" and asked the Court to

lift the stay. ECF No. 19 at 2. Because the parties have completed mediation under the Maine Foreclosure Diversion Program, *see* ECF No. 15-1 at 1 (indicating mediation is complete and the case should be returned to the docket), and the property is not sold, ECF No. 19 at 2, I now **GRANT** Plaintiff's Motion to Remove Stay (ECF No. 15). This matter is no longer stayed and is ordered to be returned to the active docket to proceed according to the normal course.

**SO ORDERED.**

Dated this 10th day of September, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**